IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENNIE MATHIS,

      Plaintiff,                          No. CIV S-12-0538 EFB P

    vs.

J. CHOKATOS, et al.,

      Defendants.           <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

        Plaintiff alleges a violation of his civil rights in Fresno County, California. Fresno County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

        Accordingly, it is hereby orderd that:

        1. This action is transferred to the Fresno Division.

        2. The Clerk of Court shall assign a new case number.

////

////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: March 5, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE